IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00522-AP

MARCIA L. HEALD,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

    Defendant, the Commissioner of Social Security, by her attorney, the undersigned Special Assistant United States Attorney for the District of Colorado, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. The Motion (doc. #17), filed October 1, 2013, is GRANTED. Under sentence four of 42 U.S.C. § 405(g), this Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

    Upon remand, the Appeals Council will direct the ALJ direct the ALJ to further evaluate the medical source opinions of record, providing valid reasons for discounting any opinion or portion thereof. The Appeals Council will also direct the ALJ to reassess

Plaintiff's residual functional capacity, and, as necessary, obtain vocational expert testimony to determine if Plaintiff can perform her past work or other work existing in significant numbers in the national economy.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further administrative proceedings, this Court hereby

REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

AND IT IS SO ORDERED.

Dated at Denver, Colorado this 1st day of October, 2013.

BY THE COURT:

*s/John L. Kane*_____
Judge John L. Kane
United States District Court Judge