IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-522-AP**

**MARCIA L. HEALD,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Award of Attorney Fees and Costs Under the Equal Access to Justice Act, (doc. #29), filed December 30, 2013, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and costs in the amount of **$5,000** and **$350.00** respectively.

Dated at Denver, Colorado, this 8th day of January, 2014.

                            BY THE COURT:

                            *S/John L. Kane*
                            JOHN L. KANE, SENIOR JUDGE
                            UNITED STATES DISTRICT COURT